LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA  94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. KOCH, | CASE NO. C 06 1334 MEJ |
| Plaintiff, | Before the Honorable MARIA-ELENA JAMES |
| v. | **[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** |
| ELI LILLY AND COMPANY, | |
| Defendants. | Conference Date: June 22, 2006<br>Conference Time: 10:00 a.m.<br>Location: Courtroom B, 15th Floor<br>San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 22, 2006 Case Management Conference ("CMC") to October 26, 2006, at 10:00 a.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: June 14, 2006

_____
Honorable Maria-Elena James
United States District Court Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*

- 3 -
[PROPOSED] ORDER